# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DALE VOGELAAR,<br><br>            Plaintiff,<br><br>vs.<br><br>MIKE HALEY; DEPUTY MIDERIA (ROBERT MEDINA); DEPUTY JOHN DOE #1; NURSE SHANNON,<br><br>            Defendants.<br>_____/ | 3:12-CV-323-RCJ-WGC |

### ORDER REQUIRING NORTHERN NEVADA CORRECTIONAL CENTER TO ACCEPT DELIVERY OF ONE CD AND PROVIDE MECHANISM FOR REVIEW

To: Isidro Baca, Warden
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702

     IT IS ORDERED that Defendants' discovery responses herein, consisting in part of one (1) CD containing three (3) video files, be accepted by the Northern Nevada Correctional Center, Nevada Department of Corrections from the Washoe County District Attorney's Office.

     IT IS FURTHER ORDERED that Dale Vogelaar be provided a mechanism for reviewing the CD and reasonably sufficient time to do so, to be scheduled at the discretion of the Warden of the Northern Nevada Correctional Center, Nevada Department of Corrections.

//

//

      IT IS FURTHER ORDERED that the Washoe County District Attorney shall contact the Warden's office to make arrangements prior to the CD being mailed or delivered to the Warden.

Dated: February 4, 2013

_____
**UNITED STATES MAGISTRATE JUDGE**