# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DALE VOGELAAR,                          )          3:12-cv-00323-RCJ-WGC
                Plaintiff,              )
                                        )          **MINUTES OF PROCEEDINGS**
        vs.                             )
                                        )          February 19, 2013
                                        )
MIKE HALEY, *et al.,*                   )
                Defendants.             )
_____        )

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>Katie Lynn Ogden</u>   REPORTER:   <u>                    FTR                    </u>

COUNSEL FOR PLAINTIFF:   <u>Dale Vogelaar, In Pro Per (Telephonically)                    </u>

COUNSEL FOR DEFENDANT(S):   <u>Mary M. Kandaras, Esq.                              </u>

**MINUTES OF PROCEEDINGS: Inmate Settlement Conference**

9:58 a.m. Court convenes.

The court has been advised that Dale Vogelaar has not had the opportunity to review the (1) CD containing three (3) video files, which was directed by this court for plaintiff to be afforded the opportunity to review (see Order, Dkt. #22). It is the court's understanding that, due to logistical limitations, the institution was unable secure an appropriate mechanism for Mr. Vogelaar to review the CD because of the format in which the CD was delivered.

In order to resolve the logistical limitation, the court has been advised that the CD must be formatted into a DVD. Therefore, the court directs Mary Kandaras to convert the CD to DVD format and, thereafter, contact the Warden's office to make arrangements so Mr. Vogelaar is afforded the opportunity to review the DVD prior to the continued settlement conference.

The Settlement Conference scheduled for today, February 19, 2013, is hereby recessed and continued to **Tuesday, March 5, 2013, at 1:30 p.m.,** in Reno Courtroom 2 before Magistrate Judge Cobb. The Washoe County District Attorney shall arrange for the plaintiff to be present by video for the Settlement Conference. Upon receipt of the confirmed video teleconference arrangement, the Courtroom Administrator, Katie Lynn Ogden (775-686-5758, or Katie_Ogden@nvd.uscourts.gov), shall be notified of the arrangements. Settlement statements have been received by the court and are not required to be resubmitted.

**MINUTES OF PROCEEDINGS**
3:12-cv-00323-RCJ-WGC
Date: February 19, 2013
Page 2

     Additionally, the court addresses plaintiff's Motion to Stay Discovery (Dkt. #18).  At this time, the court deems it appropriate to stay the discovery deadlines until after the rescheduled Settlement Conference.  The court orders that plaintiff's Motion to Stay Discovery (Dkt. #18) is GRANTED and the Scheduling Order (Dkt. #12) is hereby VACATED, until further notice from the court.  The court will address discovery deadlines and the entry of a new Scheduling Order, if appropriate, after the continued Settlement Conference.

**IT IS SO ORDERED.**

10:30 a.m Court adjourns.

LANCE S. WILSON, CLERK


By: _____ /s/ _____
     Katie Lynn Ogden, Deputy Clerk