**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DALE VOGELAAR, | ) | 3:12-CV-0323-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 3, 2014 |
| | ) | |
| MIKE HALEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court received and reviewed plaintiff's document dated August 11, 2014 concerning the distribution of his settlement proceeds (#43).  The court construed this document as a motion for clarification.  Defendants responded to the document in the form of a status report (#44) advising that the obligations of the settlement have been met and further explaining the understanding of the distribution of the settlement proceeds.

The court is satisfied that the status report addresses plaintiff's concerns regarding the settlement proceeds.  Therefore, plaintiff's document dated August 11, 2014 construed by the court as a motion for clarification (#43) is **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


BY:        /s/
        Deputy Clerk